UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                                                   Chapter   13

CHRISTINE NACCARATO                                         Case No. 18-78553-las

                        Debtor(s)
-----------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

246 Breeze Avenue, Ronkonkoma, NY 11779
_____
*[Identify the Property]*

Account No. ending: 8621
_____
*[Loan Number]*

Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd., Coppell, TX 75019
_____
*[Creditor's Name and Address]*

### SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: *Christine Naccarato*   Date: Jan. 3, 2019

Print Name: Christine Naccarato
_____
*[First and Last Name]*

Telephone Number: 631 3526488
_____
*[i.e. 999-999-9999]*

E-mail Address [if any]: CHRISTINEJACKLUCAS@GMAIL.COM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                Chapter 13

    Christine Naccarato,                                      Case No.: 18-78553-las
           Debtor.
-------------------------------------------------------X    **AFFIDAVIT OF SERVICE**
STATE OF NEW YORK)
                      ss.:
COUNTY OF SUFFOLK)

       Carol Smith, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

       On January 3, 2019, I served the within **Loss Mitigation Request – By Debtor** upon the following parties at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

Mr. Cooper               (via certified mail)
Attn: Bankruptcy
8950 Cypress Waters Blvd.
Coppell, TX 75019

Friedman Vartolo LLP    (via certified mail)
85 Broad Street, Suite 501
New York, NY 10004-1734

                                                  _____
                                                  Carol Smith

Sworn to before me this
3rd day of January, 2019

*/s/ Loni Bragin*
NOTARY PUBLIC
Loni Bragin
Notary Public, State of New York
No. 01BR6172194
Qualified in Suffolk County
Commission Expires August 6, 2019