UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| IN RE | CHAPTER 13 |
| CHRISTINE NACCARATO, | CASE NO. 18-78553 |
| DEBTOR. | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII, a creditor and a party in interest, pertaining to property located at 246 Breeze Avenue, Ronkonkoma, NY 11779, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: January 8, 2019

           Respectfully Submitted,

           /s/ Katherine Heidbrink
           Katherine Heidbrink
           Bankruptcy Attorney
           Shapiro, DiCaro & Barak, LLC
           Attorneys for Nationstar Mortgage LLC as Servicer
           for U.S. Bank National Association, not in its
           individual capacity but solely as trustee for NRZ
           Pass-Through Trust VIII
           One Huntington Quadrangle, Suite 3N05
           Melville, NY  11747
           Telephone: (631) 844-9611
           Fax: (631) 844-9525

**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Nationstar Mortgage LLC as Servicer for U.S. Bank
National Association, not in its individual capacity but solely as
trustee for NRZ Pass-Through Trust VIII
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Katherine Heidbrink**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| IN RE | CHAPTER 13 |
| CHRISTINE NACCARATO, | CASE NO. 18-78553 |
| DEBTOR. | |

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                       )ss:
COUNTY OF SUFFOLK    )

I, Alicia McNamee, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Suffolk County, New York.

On January 9, 2019 I served the within Notice of Appearance upon:

TO:   Debtor
       Christine Naccarato
       246 Breeze Avenue
       Ronkonkoma, NY 11779

       Attorney for Debtor
       Cooper J. Macco
       Richard L. Stern, PC
       2950 Express Drive South
       Suite 109
       Islandia, NY 11749

       Trustee
       Marianne DeRosa
       Standing Chapter 13 Trustee
       125 Jericho Tpke
       Suite 105
       Jericho, NY 11753

U.S. Trustee
U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722

at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date: January 9, 2019

*Alicia McNamee* (signature)

Alicia McNamee
Bankruptcy Paralegal
Shapiro, DiCaro & Barak, LLC
Attorneys for Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611
Fax: (631) 844-9525

Sworn to before me this
9th day of January, 2019

*Deborah Callahan* (signature)
Notary Public

DEBORAH CALLAHAN
Notary Public, State of New York
Registration No. 01-CA6278202
Qualified in Suffolk County
Commission Expires 3/18 20 21

15-043500 - BK01